FILED: March 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1672

(A079-509-444)

_____

KASSAHUN ASFAW

        Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 3/18/15.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk